THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEDGEWOOD ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB CUSTOM INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C16-1397-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On May 15, 2017, the stay in this case was lifted. (*See* Dkt. No. 13.) The Court directs the Clerk to REOPEN the case.

DATED this 30th day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
