THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEDGEWOOD ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br>v.<br><br>CHUBB CUSTOM INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C16-1397-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Court and the parties' agreement at the status conference today, July 25, 2017, that this case should be consolidated with the related case, *Wedgewood Association of Apartment Owners v. State Farm Fire & Casualty Company, et al.*, C17-0425-JCC. The Court hereby ORDERS that the following cases shall be consolidated: C16-1397-JCC and C17-0425-JCC. All future filings shall bear the caption and case number of the first-filed case, *Wedgewood Association of Apartment Owners v. Chubb Custom Insurance Company, et al.*, C16-1397-JCC. The remaining case, C17-0425-JCC, shall be CLOSED.

//

//

1     DATED this 25th day of July 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C16-1397-JCC
PAGE - 2