THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEDGEWOOD ASSOCIATION OF APARTMENT OWNERS,<br><br>     Plaintiff,<br>  v.<br><br>CHUBB CUSTOM INSURANCE COMPANY, *et al.*,<br><br>     Defendants. | CASE NO. C16-1397-JCC<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This matter comes before the Court on Plaintiff and Defendant Chubb Custom Insurance Company's stipulated dismissal (Dkt. No. 19). Having reviewed the parties' stipulation of dismissal and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court ORDERS that all of the claims set forth in the complaint shall be dismissed against Defendant Chubb Custom Insurance Company with prejudice and without costs to any party.

//
//
//
//

1     DATED this 23rd day of October 2017.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk